# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

FITNESS ESSENTIALS, L.L.C.,    :    No. 345 WAL 2015

         Respondent    :

                          :    Petition for Allowance of Appeal from
                          :    the Order of the Superior Court

       v.                    :

DAVID NILL,              :

         Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.